STATE of Missouri, Respondent,

v.

Dale M. WRIGHT, Appellant.

No. ED 101500

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: April 21, 2015

Rosalynn Koch, 1000 West Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for appellant.

Richard Anthony Starnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

*ORDER*

PER CURIAM

Dale M. Wright appeals from the judgment of the trial court entered after a jury convicted him of child molestation and attempted statutory sodomy.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).